S. Keven Steinberg, Bar No. 151372
ksteinberg@finksteinberg.com
FINK & STEINBERG
Attorneys at Law
11500 Olympic Boulevard, Suite 316
Los Angeles, California 90064
Telephone: (310) 268-0780
Facsimile: (310) 268-0790

Attorneys for Plaintiff
HELI-FLITE, INC.

```
FILED
CLERK, U.S. DISTRICT COURT

Sept 17, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:      PMC      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| HELI-FLITE, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>INTERNATIONAL GOVERNOR SERVICES, LLC,, a BBA AVIATION COMPANY, a Delaware Limited Liability Company; HONEYWELL INTERNATIONAL, INC., a Delaware Corporation; PRATT & WHITNEY CANADA, a UNITED TECHNOLOGIES COMPANY, a Canadian Company; and ONBOARD SYSTEMS, a Company of unknown nature; and DOES 1 to 100, inclusive,<br><br>           Defendants. | CASE NO. 2:14-cv-02860-SVW-FFM<br><br>[~~Proposed~~] ORDER RE JOINT STIPULATION RE: PARTIAL DISMISSAL AND TO REMAND CASE |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED:

Defendant Pratt & Whitney Canada Corp., shall be dismissed without prejudice.

1

1394849.1

1  This matter, in its entirety shall be remanded back to the Los Angeles Superior
2  Court.
3
4  Dated: September 17, 2015      By: /s/ Stephen V. Wilson
5                                 Honorable Stephen V. Wilson
                                   UNITED STATES DISTRICT COURT
                                   JUDGE

JOINT STIPULATION TO REMAND CASE

2

1394849.1